UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>FOR AND ON BEHALF OF THE )<br>GOVERNMENT OF THE )<br>FEDERATIVE REPUBLIC OF BRAZIL )<br> )<br>Applicant, )<br> )<br>v. )<br> )<br>ALL FUNDS ON DEPOSIT IN ACCOUNT NO. )<br>758860116 (000075886) AT BANCO DO )<br>BRASIL - NEW YORK - IN THE NAME OF )<br>YALE INTERNATIONAL TRADING LLC; )<br> )<br>ALL FUNDS ON DEPOSIT IN TIME DEPOSIT )<br>ACCOUNT NO. 022292864 AT BANCO DO )<br>BRASIL - NEW YORK OR MIAMI - IN THE )<br>NAME OF YALE INTERNATIONAL )<br>TRADING LLC; )<br> )<br>Respondents. )<br>_____ ) | Misc. No.: 07-318<br><br>FILED<br>AUG 16 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

This matter having come before this Court on the *ex parte* application of the United States of America for a restraining order pursuant to 28 U.S.C. § 2467(d)(3)(B)(ii) which provides United States District Courts with jurisdiction to enter restraining orders and take such other action in connection with any property or other interest subject to forfeiture in a foreign proceeding to ensure its availability for forfeiture; and

IT APPEARING TO THE COURT THAT:

1. This Court has jurisdiction of the subject matter of this case, and pursuant to 28 U.S.C. § 2467(c)(2)(B), venue is appropriate in the United States District Court for the District of Columbia.

1

2. The Assistant Attorney General of the Criminal Division of the United States Department of Justice, being duly authorized, has certified that it is in the interest of justice to enforce restraining orders issued by the District Court of Rio Grande do Sul (the "Brazilian Court") dated February 9 and 21, and March 1, 2007, requesting the restraint of bank accounts in the name of YALE TRADING CORPORATION, LLC ("YALE TRADING") at Banco do Brasil.

3. The Brazil Court orders restrain all of YALE TRADING's deposits at Banco do Brasil in New York, New York. These accounts include Account Number 758860116 (000075886) and Time Deposit Account Number 022292864 (the "Property"), both accounts being in the name of YALE TRADING.

4. The restraining orders issued by the Brazilian Court establish that criminal proceedings are pending in Brazil that will likely result in the entry of a forfeiture or confiscation judgment against the assets of YALE TRADING and its shareholders (Antonio Carlos de Oliveira Haussen, Jose Alexandre Guilardi de Freitas, and Joao Batista Urrutia Jung), as the proceeds of, or property involved, in operation of unlicensed money remitters, and laundering the proceeds of narcotics trafficking.

5. The Governments of the United States and the Federative Republic of Brazil are parties to a mutual legal assistance treaty that creates an international legal obligation to assist one another in forfeiture matters.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, PURSUANT TO 28 U.S.C. § 2467(d)(3)(B)(ii) THAT:

1. The restraining orders issued by the Brazilian Court dated February 9 and 21, and March 1, 2007, shall hereby be given effect.

2. The Property appearing in the caption of this Order is RESTRAINED.

3. All persons, including YALE TRADING its agents, servants, employees, attorneys, family members, and those persons in active concert or participation with them, and anyone in possession of or holding any interest in the Property, be and are hereby ENJOINED AND RESTRAINED from selling, assigning, pledging, distributing, giving away, encumbering or otherwise participating in the disposal of (by transfer of stock or otherwise) or removal from the jurisdiction of this Court any interest, direct or indirect, in the Property, without prior approval of the Court upon notice to the United States and an opportunity for the United States to be heard, except as specified in this Order and except that, in accordance with 28 U.S.C. § 2467(d)(3)(C), no person may object to this order on the grounds that it is the subject of parallel litigation involving the same Property pending in a foreign court.

4. The terms of this Order shall remain in full force and effect until the Brazilian criminal case initiated against YALE TRADING and its shareholders is concluded, and request is made by the United States for the enforcement of any forfeiture judgment which may be obtained in that proceeding, or until further order of this Court.

5. The United States, may serve a copy of the this Order on the affected financial institution by facsimile, and shall provide notice of, and a copy of, this Order to any identifiable persons holding any legal interest in the Property, including: YALE TRADING and its shareholders Antonio Carlos de Oliveira Haussen, Jose Alexandre Guilardi de Freitas, and Joao Batista Urrutia Jung.

6. The affected financial institution shall disclose to the United States the exact amount on deposit, or the approximate market value of any assets not held in currency, on the

date the assets are frozen by the financial institution, and at any time thereafter when requested to do so by the United States as long as this Order remains in place.

7. Upon maturity of the time deposit account, account number 022292864, the affected financial institution shall "roll-over" the funds into a similar time deposit instrument, of similar duration, at market rates. The affected financial institution shall continue to roll-over the funds, as each successive time deposit instrument matures, until such time as it is notified that this restraining order is lifted, the funds have been forfeited, or as otherwise ordered by the Court.

8 The affected financial institution shall provide the United States a statement of account monthly as long as this Order remains in place by sending such statement to: Jean B. Weld, Sr. Trial Attorney, U.S. Department of Justice, 1400 New York Ave. NW, Rm. 10418, Washington, D.C. 20530.

Dated this 16th day of August, 2007.

UNITED STATES JUDGE
United States District Court for the
District of Columbia

4